G. MARK ALBRIGHT, ESQ.
Nevada Bar No. 001394
DUSTIN A.JOHNSON, ESQ.
Nevada Bar No. 009306
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
801 South Rancho Drive, Bldg. D
Las Vegas, NV 89106
Telephone:  (702) 384-7111
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MEDICAL PROVIDER FINANCIAL CORPORATION I, a Nevada corporation and, MEDICAL CAPITAL CORPORATION, a Nevada corporation, | ) CASE NO.  2:07-cv-00884-PMP-LRL )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| vs. | )<br>) |
| FRIDAY'S PLACE, INC., a North Carolina Corporation; KENNETH FRIDAY, an individual; JEAN FRIDAY, an individual; DOES 1-100 and ROE CORPORATIONS 1-100, | ) **CONFESSION OF JUDGMENT**<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |
| FRIDAY'S PLACE, INC., a North Carolina Corporation; KENNETH FRIDAY, an individual; JEAN FRIDAY, an individual, | )<br>)<br>)<br>)<br>) |
| Counter-claimants, | ) |
| vs. | )<br>) |
| MEDICAL PROVIDER FINANCIAL CORPORATION I, a Nevada corporation and MEDICAL CAPITAL CORPORATION, a Nevada corporation, | )<br>)<br>)<br>)<br>) |
| Counter-Defendants. | )<br>) |

## CONFESSION OF JUDGMENT

1.    The undersigned, FRIDAY'S PLACE, INC., KENNETH FRIDAY, and JEAN FRIDAY, ("Defendants"), do hereby confess and authorize the entry of judgment in the sum of Four

Hundred Fifty Thousand Dollars and no cents ($450,000.00), including interest and attorneys fees, to be executed against Friday's Place, Inc., Kenneth Friday, and Jean Friday.

2.   This confession of judgment is due to a settlement reached in the matter Medical Provider Financial Corporation II, et. al. v. Friday's Place, Inc., Kenneth Friday, and Jean Friday, Case No. 2:07-cv-00884-PMP-LRL, and involves Plaintiffs' claims against Defendants for Breach of Purchase Agreement, Breach of Forebearance Agreement, Breach of Promissory Note, Unjust Enrichment, Accounting, Breach of the Implied Covenant of Good Faith and Fair Dealing, Appointment of a Receiver over Defendant Friday's Place, Inc., Negligent Misrepresentation, Conversion, Constructive Trust, Declaratory Relief, Monies Due and Owing and Foreclosure on Security, of which all claims mentioned above shall be dismissed with prejudice in exchange for this confession of judgment.

DATED this _30th_ day of December, 2008.

_____
FRIDAY'S PLACE, INC.

_____
KENNETH FRIDAY

_____
JEAN FRIDAY

STATE OF __N.C.__      )
                                   )ss.
COUNTY OF _Cleveland_ )

On __December 30__ , 2008 personally appeared before me, a notary public, __Susan King McClure__, personally known (or proved) to me to be the person whose name is subscribed to the above instrument who acknowledged that he executed the instrument.

_____
Notary Public

Exp Feb 8, 2010

/ / /
/ / /
/ / /
/ / /

2

Prepared by:

ALBRIGHT, STODDARD, WARNICK & ALBRIGHT

G. MARK ALBRIGHT, ESQ.
Nevada Bar No. 001394
DUSTIN A. JOHNSON, ESQ.
Nevada Bar No. 009306
801 South Rancho Drive, Bldg. D
Las Vegas, Nevada 89106
(702) 384-7111
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

PHILIP M. PRO
United States District Court

DATED:  September 30, 2010.